■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID CYRIL READ, Appellant.— Case stricken from Day Calendar, Frank R. Nicosia, Esq., Buffalo, New York, assigned as counsel to prosecute appeal, and case

to be restored to Day Calendar upon filing and serving of appellant's brief. (Appeal from order of Erie Special Term denying petitioner's motion for writ of error *coram nobis,* without a hearing.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.